MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Lisa Anne Williams
Chapter 7 Case No. 10-34277

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U.S. Bank, N.A.<br>PO Box 5229<br>Cincinnati, OH 45201 | 7 | 156.25 | 4.71 |

Date: June 29, 2011

_____
Trustee

RECEIVED 11 JUL -5 PM 12:39 U.S. BANKRUPTCY COURT ST. PAUL, MN